**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBY JEAN ANDERSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LAW OFFICES OF SIDNEY MICKELL, AND RAY WELCH,<br><br>　　　　Defendants. | Case No.: 08-4464 EMC<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**HON. EDWARD M. CHEN** |

　　Based upon the Plaintiff's Joint Motion for Dismissal, and good cause appearing, this Court hereby orders the entire action, to be, and herewith is dismissed with prejudice. The Court retains jurisdiction to enforce the settlement agreement if either party does not fulfill its terms.

IT IS SO ORDERED.

Dated: _February 24, 2009_

_____
HON. EDWARD M. CHEN
U.S. DISTRICT JUDGE